# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-11-847 |
| | § | |
| TONI RENEE SCOTT | § | |

## MEMORANDUM AND ORDER

This criminal case is before the Court on Defendant Toni Renee Scott's letter dated February 20, 2013, in which Defendant asks the Court to change the method by which the balance of her sentence is served. Specifically, Defendant requests that she be permitted to serve the remained of her sentence in home confinement. Defendant was sentenced on June 28, 2012. The Judgment in a Criminal Case [Doc. # 27] was signed that same day, and was entered on July 6, 2012. The sentence is now final and nonappealable.

Title 18, United States Code, section 3582(c) provides that a "court may not modify a term of imprisonment once it has been imposed except" in very limited circumstances, none of which apply in this case. *See* 18 U.S.C. § 3582(c); *United States v. Marion*, 79 F. App'x 46 (5th Cir. Oct. 22, 2003). Consequently, the Court

is without jurisdiction to grant Defendant's request that she be allowed to serve the remainder of her sentence in home confinement. It is hereby

**ORDERED** that Defendant's letter request is **DENIED**.

Signed at Houston, Texas, this 19th day of **March, 2013.**

_____
Nancy F. Atlas
United States District Judge